IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN L. MOORE, JR, # 1693415 ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:11-CV-0749-M-BH |
| ) | |
| THE STATE OF TEXAS, et al., ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After conducting a *de novo* review of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED this 10th day of January, 2012.**

*[signature: Barbara M.G. Lynn]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS